IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

M.J., MOTHER OF C.J., A CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

Case No.  5D22-0974
LT Case No. 2021-DP-094

Decision filed July 19, 2022

Appeal from the Circuit Court
for Osceola County,
Laura Shaffer, Judge.

Amanda Peterson, of Law Offices of Peterson,
P.A., Mulberry, for Appellant.

Kelley Schaffer, of Children's Legal
Services, Department of Children and
Families, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, and Desiree Erin
Fernandez, Senior Attorney, of
Guardian ad Litem, Tallahassee, for
Guardian ad Litem Program.

PER CURIAM.

     AFFIRMED.

EVANDER, SASSO,  and TRAVER, JJ., concur.